THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROMANO, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Argued April 17, 1939; decided April 18, 1939.

Motion to amend remittitur granted. Return of remittitur requested, and when returned it will be amended by striking therefrom the words " and the relator discharged from custody " and substituting therefor the following: " and the relator to be discharged at the termination of his first sentence unless earlier discharged by the proper State authorities." This court merely declares the increased sentence to have been illegal. (See 280 N. Y. 181.)

In the Matter of WILLIAM T. RUSHFORD et al., Appellants and Respondents, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents and Appellants.

Argued April 17, 1939; decided April 18, 1939.

Motion for reargument granted. Case set down for hearing during the first week of next session. (See 280 N. Y. 217.)